MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE E. URSINI (CABN 269121)
Special Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5037
   Facsimile: (408) 535-5066
   annmarie.ursini@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Nos.  CR 11-00751 EJD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | UNITED STATES' SENTENCING MEMORANDUM |
| MOHAMMAD ALI RABBANI AND ADEBA SULTANA, | ) | Date: January 7, 2013 |
| Defendants. | ) | Time: 1:30 pm |

     The United States hereby submits its sentencing memorandum in the above-referenced case. On July 2, 2012, the defendants each entered guilty pleas pursuant to an Agreement under Federal Rule of Criminal Procedure 11(C)(1)(c). (ECF Nos. 31 and 32.) Defendant MOHAMMAD ALI RABBANI pleaded guilty to a to a single count Indictment charging him with unlawful attempted procurement of citizenship or naturalization, in violation of Title 18, United States Code, Section 1425(a). Defendant ADEBA SULTANA pleaded guilty to a single count of unlawful procurement of citizenship or naturalization, in violation of Title 18, United States Code, Section 1425(a).

     In their agreements, each defendant admitted to having an adjusted offense level 6 and

criminal history category I.  Defendants' base offense level is 11.  U.S.S.G. §2L2.1(a).  Defendants' offense level is reduced three points, for not having committed the offense for financial gain.  Defendants' offense level is further reduced two levels, for acceptance of responsibility, resulting in a total offense level of six.  U.S.S.G. § 3E1.1.  A total offense level of six, matrixed with criminal history category I, yields a guideline range of zero to six months.

Each defendant agreed that a reasonable and appropriate disposition of this case is: no term of imprisonment, a mandatory special assessment fee of $100, and three years of probation with conditions to be established by the Court, with one condition that they may not reenter the United States illegally during the term of probation.

Defendants are scheduled to be sentenced on January 7, 2013.  The government, along with Probation, recommends the terms of the plea agreement listed above be the sentence imposed by this Court.

DATED: December 12, 2012                    Respectfully submitted,

                MELINDA HAAG
                United States Attorney


                ___/s/_____
                ANN MARIE E. URSINI
                Special Assistant United States Attorney