ROBERT M. HELFEND, SBN 113380
23838 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
MOHAMMAD ALI RABBANI
ADEBA SULTANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-751-EJD |
| Plaintiff, | ) ) | SENTENCING MEMORANDUM |
| v. | ) ) | |
| MOHAMMAD ALI RABBANI, ADEBA SULTANA | ) ) ) | |
| Defendants. | ) ) | |

MOHAMMAD ALI RABBANI, and ADEBA SULTANA, by and through their counsel of record, ROBERT M. HELFEND, submits the following Sentencing Memorandum.

**A. Introduction**

Mr. Rabbani and Mrs. Sultana stand before this Court as first time offenders. As this Court is aware, Mr. Rabbani and Mrs. Sultana were naturalized citizens of Sweden. They lived in Sweden during one of the country's most racially charged and polarizing periods. During the late 1990's, Swedish cities suffered through many random acts of violence and shootings directed towards immigrants from all Countries.

In order to provide their children with a fear free life, Mr. Rabbani and Mrs. Sultana decided to emigrate to the United States. Having failed at their attempts at asylum and facing a life of increased racial tension and danger in Sweden, Mr. Rabbani and Mrs. Sultana made the most unfortunate decision to falsify their asylum documents

to United States Immigration Officials.

It is the desire of Mr. Rabbani and Mrs. Sultana to proffer to the Court a DVD documentary duplicated from Swedish News Broadcasts, U.S. CNN, MSNBC, FOX and UK BBC which chronicles the random shootings and violence directed toward immigrants during this period. It is NOT offered to excuse their action, but to show the Court their state of mind after they entered the United States legally and made their ill-fated determination to change their names and apply for asylum under these assumed identities.

It should be noted that Mr. Rabbani and Mrs. Sultana submitted to the will of their good conscious and went to Court and had their names changed back to their original ones. Once their name change was final, they then gave their true names to Immigration officials which, undoubtedly, played a part in the discovery of their mistakes.

Once in the United States, Mr. Rabbani and Mrs. Sultana achieved success. They raised 2 children who are now attending Universities. They worked their way up to the positions of Language Instructors at the Defense Language Institute for the Department of Defense. Most importantly, Mr. Rabbani and Mrs. Sultana did not use their new identities for any criminal endeavors.

**B. Procedural Context**

On October 12, 2011 Mr. Rabbani and Mrs. Sultana were Indicted on one-count of 18 U.S.C. § 1425(a), Unlawful Attempt to Procure Citizenship. On July 2, 2012 Mr. Rabbani and Mrs. Sultana plead guilty to the one-count Indictment pursuant to Federal Rules of Criminal Procedure 11 (c)(1)(C). On May 20, 2013 this Honorable Court ordered an additional fine of $2500.00 for Mr. Rabbani and Mrs. Sultana over and above that contemplated by the Written Plea Agreement.

Mr. Rabbani and Mrs. Sultana respectfully request this Honorable Court to

reconsider its order for the imposition of a total fine of $5000.00 or to impose a substantially reduced monetary sanction.

### C. Imposition Of No Fine In Accordance With The Written Plea Agreement Would Be Sufficient To Satisfy The Statutory Sentence Goals.

A District Court's mandate is to impose "a sentence sufficient, but not greater than necessary, to comply with the purposes" of § 3553(a)(2). Mr. Rabbani's and Mrs. Sultana's personal circumstances, as well as the circumstances surrounding the offense, mitigate against the imposition of a fine.

As mentioned above, prior to their Indictment on these charges, Mr. Rabbani and Mrs. Sultana enjoyed prestigious and prideful employment at the Defense Language Institute for the Department of Defense. Since the entry of their plea, Mr. Rabbani and Mrs. Sultana have been reduced to finding gainful work as <u>part time</u> employees as a cashier at AM PM Mini Mart and as a server at a Home Town Buffet, respectively. The hidden punishment for their guilty pleas being that prospective employers will not hire a convicted felon.

Mr. Rabbani's and Mrs. Sultana's total monthly income from employment is $2200.00. $1200.00 from Mr. Rabbani and $1000.00 from Mrs. Sultana. Their total monthly expenses are $3500! The monthly expenses break down as follows:

Apartment Rent - $921.00

Utilities - $40.00

TV, Internet, Home Phone - $130.00

Cell Phones - $252.00

Food - $1000.00

3

Rabbani medication - $180.00

Gas - $240.00

Laundry - $40.00

Auto Insurance - $189.00

Miscellaneous expenses - $500

Additionally, Mr. Rabbani and Mrs. Sultana have an outstanding loan balance at Bank of America of $16,500.00, as well as, $120,000 in Student Loans (Parent Plus Loans) for their children's education. Mr. Rabbani and Mrs. Sultana have a combined $32,000.00 in their checking and savings accounts.

Certainly, Mr. Rabbani and Mrs. Sultana are NOT wealthy people. Due to their new status as convicted felons, their earning potential has been diminished considerably. A combined fine of $5000.00 would limit their ability to provide for their children's education, as well as curtailing their future needs going toward retirement age.

**D. Conclusion**

It is respectfully requested that this Honorable Court consider eliminating any fine or diminishing it greatly and sentence Mr. Rabbani and Mrs. Sultana in accordance with the written plea agreement.

Dated: September 2, 2013          Respectfully submitted,

BY:____/s/_____
ROBERT M. HELFEND
Counsel for Defendant,
MOHAMMAD ALI RABBANI
ADEBA SULTANA

4