MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLASS WILSON (DCBN 421811)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   E-Mail: susan.knight@usdoj.gov

Attorneys for Plaintiff

**FILED**

SEP 0 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MOHAMMAD ALI RABBANI AND ADEBA SULTANA, <br><br> Defendants. | No. CR 11-00751 EJD <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE <br><br> SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing hearing currently scheduled for September 9, 2013 be continued to October 21, 2013. The reason for the continuance is that defendant Rabbani has an opportunity to work as a truck driver and training begins on September 9th at 6:00 a.m. The parties have consulted Probation Officer Mar about the new date, and she does not have an objection.

SO STIPULATED:

DATED: 9/6/13

MELINDA HAAG
United States Attorney

       /s/
SUSAN KNIGHT
Assistant United States Attorney

DATED: 9/6/13

       /s/
ROBERT HELFEND
Counsel for Mr. Rabbani and Ms. Sultana

STIPULATION AND [PROPOSED] ORDER
CR 11-00751 EJD

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in United States v. Rabbani and Sultana, currently scheduled for September 9, 2013 is continued to October 21, 2013 at 1:30 p.m.

SO ORDERED.

DATED: 9/6/13

EDWARD J. DAVILA
United States District Judge